# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| **RHONDA TORRENCE,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 4:05CV599-DJS |
| ) | |
| **JO ANNE B. BARNHART,** Commissioner ) | |
| **of Social Security,** ) | |
| ) | |
| Defendant. ) | |

### ORDER

Upon careful consideration of the report and recommendation of the United States Magistrate Judge and the lack of objections thereto,

**IT IS HEREBY ORDERED** that the magistrate judge's report and recommendation [Doc. #17] is accepted and adopted.

Dated this 19th day of September, 2005.

/s/Donald J. Stohr
UNITED STATES DISTRICT JUDGE