UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RHONDA TORRENCE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 4:05CV599-DJS |
| | ) |
| JO ANNE B. BARNHART, Commissioner | ) |
| of Social Security, | ) |
| | ) |
| Defendant. | ) |

### JUDGMENT

Pursuant to the order entered herein this day, and for the reasons set forth in the United States Magistrate Judge's report and recommendation,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that judgment is entered in favor of plaintiff and against defendant, and pursuant to sentence four of 42 U.S.C. §405(g), the final decision of the Commissioner of Social Security denying plaintiff's application for supplemental security income benefits under Title XVI of the Social Security Act is reversed, and the matter is remanded to the Commissioner for further proceedings consistent with the report and recommendation of the United States Magistrate Judge.

Dated this ___19th___ day of September, 2005.

/s/Donald J. Stohr
UNITED STATES DISTRICT JUDGE